UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BLOCKER FARMS OF FLORIDA, INC.

Plaintiff,

v.                    6:13-cv-68

BUURMA PROPERTIES, LLC

Defendants.

## ORDER

The Court of Appeals has remanded this case "for the limited purpose of making a factual determination as to whether diversity of jurisdiction exists in this case and to permit further proceedings to address jurisdictional deficiencies." ECF No. 52 at 1. In order to aid the Court in its jurisdictional determination, Blocker Farms of Florida, Inc. ("Blocker Farms"), is **ORDERED** to submit, within twenty-one days of this Order, the following:

- Blocker Farms's Articles of Organization, Articles of Incorporation, or any other information sufficient to identify Blocker Farms's corporate form;
- A list of the members of Blocker Farms as of August 1, 2013, as well as information regarding each member's state of citizenship on that date;
- Buurma Properties, LLC's Articles of Organization, Articles of Incorporation, or any other information sufficient to identify Buurma Properties, LLC's Corporate form; and
- A list of the members of Buurma Properties, LLC, as of August 1, 2013, as well as information regarding each member's state of citizenship on that date.

This _7_ day of January 2015.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA