IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
BLOCKER FARMS OF FLORIDA, LLC,    *
                                  *
     Plaintiff,                   *
                                  *
     v.                           *      CV 613-068
                                  *
BUURMA PROPERTIES, LLC,           *
                                  *
     Defendant.                   *
```

O R D E R

On August 24, 2016, the Court reopened this case and stayed the proceedings pending the resolution of a related state court action: Lynn S. Wyatt v. Cale Blocker, Superior Court of Tattnall County, Georgia, CAFN: 2011-V-137-JS. (Doc. 65.) The Court ordered the Parties to file a notice of final resolution of the state court litigation upon the announcement of the same. (Id. at 2.)

Nearly six years have elapsed since the Court's order with no update from the Parties. Accordingly, the Court **DIRECTS** the Parties to file a joint status report detailing the status of the related, above-named action by **WEDNESDAY, MAY 25, 2022.**

**ORDER ENTERED** at Augusta, Georgia, this _11th_ day of May, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA