IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| BLOCKER FARMS OF FLORIDA, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CV 613-068 |
| BUURMA PROPERTIES, LLC, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is Defendant's status report, informing the Court of a June 22, 2022 status conference in the related superior court proceeding: <u>Lynn S. Wyatt v. Cale Blocker</u>, Superior Court of Tattnall County, Georgia, CAFN: 2011-V-137-JS. (Doc. 72.) The Court **DIRECTS** the Parties to file a joint status report detailing the updated status of the related, above-named action by **MONDAY, JUNE 27, 2022.**

**ORDER ENTERED** at Augusta, Georgia, this 25th day of May, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA