IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
BLOCKER FARMS OF FLORIDA, LLC,   *
                                 *
     Plaintiff,                  *
                                 *
     v.                          *        CV 613-068
                                 *
BUURMA PROPERTIES, LLC,          *
                                 *
     Defendant.                  *
```

O R D E R

Before the Court is Defendant's status report, informing the Court that the status conference in the pending state court matter (Lynn S. Wyatt v. Cale Blocker, Superior Court of Tattnall County, Georgia, CAFN: 2011-V-137-JS) was continued because the parties are close to a settlement in that matter. (Doc. 74.) The Parties aver that "[a] resoluation of [that] case will precipitate a resolution of [the] current case." (Id.) Thus, the Court **DIRECTS** the Parties to file a joint status report or a joint stipulation of dismissal by **WEDNESDAY, AUGUST 31, 2022**.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of June, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA