IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| BLOCKER FARMS OF FLORIDA, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 613-068 |
| | * | |
| BUURMA PROPERTIES, LLC, | * | |
| | * | |
| Defendant. | * | |

O R D E R

On August 8, 2022, the Parties filed a third status report, outlining that the pending state court matter (Lynn Wyatt v. Cale Blocker, Superior Court of Tattnall County, CAFN: 2011-V-137-JS) was ordered to mediation and that it likely would not be resolved before August 31, 2022.  (Doc. 76, at 1.)  The Parties have not provided an update for the Court since August 8, 2022, and this case remains pending.  Thus, the Court **DIRECTS** the Parties to file a joint status report or a joint stipulation of dismissal by **WEDNESDAY, APRIL 19, 2023.**

**ORDER ENTERED** at Augusta, Georgia, this  10th  day of April, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA