IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| BLOCKER FARMS OF FLORIDA, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CV 613-068 |
| BUURMA PROPERTIES, LLC, | * | |
| Defendant. | * | |

O R D E R

On April 17, 2023, the Parties filed a joint status report, notifying the Court that the pending state court matter (<u>Lynn Wyatt v. Cale Blocker</u>, Superior Court of Tattnall County, CAFN: 2011-V-137-JS) has not been resolved and is still pending. (Doc. 78, at 1.) The Parties represent that no new orders have been entered since July 21, 2022; however, the attached email correspondence indicates that the parties in the underlying state action are still working together and attempting to schedule mediation. (<u>See</u> Docs. 78-1, 78-2.) The Parties in this case still believe that a resolution of the underlying state action would precipitate a resolution of this case. (Doc. 78, at 1.)

Based on the the foregoing, the Court **DIRECTS** the Parties to file a joint status report every **NINETY DAYS** updating the Court on the status of the underlying state action. This shall continue until the underlying state action has been resolved and this case is dismissed or until this case is ready to proceed.

ORDER ENTERED at Augusta, Georgia, this ___19th___ day of April, 2023.

                                                                         _____
                                                                          J. RANDAL HALL, CHIEF JUDGE
                                                                          UNITED STATES DISTRICT COURT
                                                                          SOUTHERN DISTRICT OF GEORGIA