IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BLOCKER FARMS OF FLORIDA, LLC,        *
                                      *
        Plaintiff,                    *
                                      *
        v.                            *          CV 613-068
                                      *
BUURMA PROPERTIES, LLC,               *
                                      *
        Defendant.                    *

_____

O R D E R

_____

This matter is before the Court on its own accord.  On April 19, 2023, the Court directed the Parties to file a joint status report every ninety days updating the Court on the status of the underlying state action until the underlying state action was resolved and this case was dismissed or until this case was ready to proceed.  (Doc. 79, at 1.)

The last status report in this case was filed on July 17, 2023 (Doc. 80); therefore, a status report was due on October 15, 2023.  The Parties, however, have not filed a status report.  Based on the foregoing, the Court **ORDERS** the Parties file a status report within **FOURTEEN DAYS** of the date of this Order.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of November, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA