IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| BLOCKER FARMS OF FLORIDA, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CV 613-068 |
| BUURMA PROPERTIES, LLC, | * | |
| Defendant. | * | |

O R D E R

This matter is before the Court on its own accord. On April 19, 2023, the Court directed the Parties to file a joint status report every ninety days updating the Court on the status of the underlying state action until it was resolved and this case was dismissed, or until this case was ready to proceed. (Doc. 79, at 1.)

After missing their previous two deadlines to file status reports, the Court ordered the Parties to file a joint status report within fourteen days. (Doc. 81; Doc. 83.) The Parties filed the last status report on May 8, 2024. (Doc. 84.) Pursuant to the Court's April 19, 2023 Order, another status report was due on August 6, 2024. The Parties once again have not filed a status report. Accordingly, the Court **ORDERS** the Parties to file a status report within **FOURTEEN (14) DAYS** of the date of this Order. The Court further warns the Parties that continued failure to follow the Court's April 19, 2023 Order will result in sanctions, up to

and including dismissal of this action. <u>Gratton v. Great Am. Commc'ns</u>, 178 F.3d 1373, 1374 (11th Cir. 1999) ("Rule 41(b) authorizes a district court to dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules." (citations omitted)).

**ORDER ENTERED** at Augusta, Georgia, this 11th day of October, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA