IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BLOCKER FARMS OF FLORIDA, LLC,   *
                                                  *
    Plaintiff,                         *
                                                  *
    v.                                 *        CV 613-068
                                                  *
BUURMA PROPERTIES, LLC,           *
                                                  *
    Defendant.                     *

O R D E R

Before the Court is the Parties' stipulation of dismissal. (Doc. 88.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of April, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA